UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
U.S. DISTRICT COURT
TERRE HAUTE DIVISION
SOUTHERN DISTRICT
LAURA A. BRIGGS
CLERK

GARY STOCKS 884257,
Plaintiff,

vs.

CRAIG HANKS

Defendant,

(Enter above the full name of the Defendant(s) in this action.)

2:03-CV-00039-WT

Case No.: ______
(TO BE SUPPLIED BY THE CLERK)

# COMPLAINT

## I. PARTIES

The names and addresses of each plaintiff and defendant are the following:

A. Plaintiff(s)

Name GARY STOCKS
Identification Number 884257
Address WABASH VALLEY CORR FACILITY
P.O. BOX 1111 CARLISLE, IN. 47838

Name ______
Title ______
Address ______

Name ______
Title ______
Address ______

Name ______________________

Title ______________________

Address ______________________

______________________

B. Defendant(s)

Name CRAIG HANKS

Title SUPERINTENDANT

Address WABASH-CORRECTIONAL-FACILITY
P.O. BOX 1111 CARLISLE IN. 47838

Name BOB THOMAS

Title MEDICAL DIRECTOR

Address WABASH VALLEY-CORR-FACILITY
CARLISLE, IN. 47838 P.O. BOX 1111

Name CHAD BARR

Title MEDICAL DIRECTOR

Address MIAMI-CORR-FACILITY
P.O. BOX 900 BUNKER HILL IN 46914

Name BRUCE HELMING

Title SUPERINTENDANT

Address MIAMI-CORR-FACILITY
P.O. BOX 900 BUNKER HILL, IN. 46414

Name ______________________

Title ______________________

Address ______________________

______________________

(Identify additional plaintiffs and defendants on a separate sheet of paper using this same outline)

## II. STATEMENT OF JURISDICTION AND PREVIOUS LAWSUITS:

Jurisdiction over this action exists in the United States District Court for the Southern District of Indiana because ______________________

______________________

______________________

If the same facts alleged or claims made in this suit have been previously presented to any other state or federal court in an earlier suit, for each such earlier suit identify the parties. The Court, in which it was filed, the docket number assigned to the suit, the status of such earlier suit, (for example: pending, dismissed, set for trial, on appeal, etc.). The nature of the disposition if the earlier case is closed.

I FILED A LAWSUIT IN APRIL 2000 FOR BEING REFUSED MEDICAL TREATMENT UNDER THE 8TH AMENDMENT CRUEL AND UNUSUAL PUNISHMENT. THE DEFENDANTS WERE (STEPHANIE STREET DOC HEALTH) (DR. ASHGHAR AT THE INDIANA STATE PRISON) (AND DR. OKAFOR AT WESTVILLE-CORR-FACILITY) CAUSE NO. 3:99-CV-682 RM CASE DISMISSED.

IV. CAUSE OF ACTION

State which of your constitutional or federal rights, privileges or immunities have been violated and summarize in one or two sentences what the defendant(s) did to violate your rights in that regard. If you are claiming that more than one of your constitutional rights was violated, use a separate paragraph (ground) for each right, privilege or immunity which was violated. If you have more than four (4) grounds, identify them in a separate attached piece of paper.

Ground 1: IM FILING THIS LAWSUIT COMPLAINT UNDER 42 U.S.C 1983 VIOLATION OF THE 8TH AMENDMENT TO THE UNITED STATES CONSTITUTION DELIBERATE INDIFFERENCE UNDER THE AMERICAN DISABILITY ACT. I AM DISABLED AND I WAS GOING OUT TO WISHARD ONCE A MONTH AT THE PRISON WHERE I CAME FROM WHICH IS MIAMI-CORR-FACILITY I ARRIVED HERE AT WABASH-CORR-FACILITY 10-31-02 AND HAVE NOT RECIEVED NO MEDICAL HELP.

Ground 2: I AM CONFINED TO A COLD CELL BY THE BACK RECREATION DONT WHERE COLD AIR COME UNDER A 1 1/2 INCH GAP. WHEN INMATES PUT BLANKETS UNDER THE DOOR OFFICER REMOVE THE BLANKET AND THROW IT IN THE TRASH. IM IN CONSTANT PAIN DUE TO THE COLD INVIROMENT IM EXPOSED TO. I HAVE WROTE LETTERS TO BOB THOMAS THE MEDICAL DIRECTOR HERE AT WABASH CORRECTIONAL FACILITY COMPLAINING ABOUT IM TAKING A MEDICATION CALLED NEURONTIN

THAT DO NOT STOP MY PAIN AND I FILLED OUT SEVERAL HEALTH CARE RECUEST TO DR. JAFRI ABOUT MY PAIN BUT HE REFUSE TO GIVE ME A DIFFERENT MEDICATION.

Ground 3: MY FEET ARE DEFORMED AND IM SUPPOSE TO RECIEVED ORTHEPEDIC SHOES TO WEAR BUT THE MEDICAL STAFF SAID THEY DO NOT GIVE NO INMATES MEDICAL ORTHEPEDIC BOOTS. I NEED TO BE MOVED TO SOME OTHER LOCK-UP UNIT THAT WILL TAKE CARE OF MY SERIOUS MEDICAL PROBLEM.

Ground 4: I ARRIVED AT MIAMI-CORR-FACILITY APRIL 17, 2001 I WAS TOLD IN JUNE I WOULD RECIEVE ORTHEPEDIC SHOES FOR MY DEFORMED FEET DO TO ME HAVING MUSCULAR DYSTROPHY. I NEVER RECIEVED NO ORTHEPEDIC SHOES WHILE I WAS AT MIAMI-CORR-FAC I HAVE DOCUMENTATION SAYING WHAT DAY I WOULD RECIEVE MY ORTHEPEDIC SHOES BUT I NEVER RECIEVED NONE.

Ground 5: I COMPLAINED TO CHAD BARR THE MEDICAL DIRECTOR OF MIAMI-CORR-FACILITY AND THE SUPERINTENDANT BRUCE HELMING I WAS NOT GETTING THE TREATMENT I NEED FOR MY BONE DISEASE. BOTH DEFENDANTS DID NOTHING ABOUT MY SERIOUS MEDICAL NEEDS. I CONTACTED MARY AZBILL MT WITH THE INDIANA-STATE-DEPT-OF-HEAL COMPLAINING ABOUT THE ADMINISTRATION AND MEDICAL DIRECTOR REFUSIN ME MEDICAL TREATMEN AND SHE HAD ME TAKEN OUT TO WISHARD FOR LEG BRACES AND MY MONTHLY FOLLOW UPS. NOW IM BEING REFUSED TREATMENT AGAI

## V. STATEMENT OF FACTS

State here the FACTS of your case. You should outline both the facts on which your suit is based and the particular role of each defendant in those circumstances.

I AM FILING A LAWSUIT AGAINST 2 DEFENDANTS AT MIAMI-CORR-FACILITY. DEFENDANT #1 CHAD BARR. HE HAVE THE RIGHT TO MAKE SURE INMATES WHO COMPLAIN TO HIM ABOUT THE NURSES AND DOCTORS AT MIAMI-CORR-FACILITY GET THE PROPER MEDICAL TREATMENT. CHAD BARR WAS RESPONSIBLE FOR HAVING MY ORTHEPEDIC SHOES DELIVERED TO THE PRISON BUT HE NEVER DID. DEFENDANT #2 IS SUPERINTENDANT BRUCE HELMING. I COMPLAINED TO BRUCE HELMING ON NUMEROUS OCCASSIONS ABOUT CHAD BARR NOT GIVING ME THE ORTHEPEDIC SHOES HE SAID I WOULD RECIEVED AND BRUCE HELIMING REFUSED TO TALK TO CHAD BARR ABOUT MY SERIOUS MEDICAL NEEDS.

IM FILING A LAWSUIT AGAINST 2 DEFENDANTS AT WABASH VALLEY -CORR FACILTY. DEFENDANT #1 BOB THOMAS. HE HAVE THE RIGHT TO MAKE SURE WHEN A INMATE COMPLAIN TO HIM ABOUT NURSES AND DOCTORS AT WABASH VALLEY-CORR-FACILITY NOT GIVING INMATES MEDICAL TREATMENT. HE SUPPOSE TO LOOK AT A INMATE MEDICAL PACKETT ~~AND~~ MAKE SURE THE INMATE COMPLAINT IS A LEGITIMATE COMPLAINT. I AM SUING BOB THOMAS BECAUSE HE HAVE REFUSED TO HAVE MY MEDICAL ISSUES ADDRESSED. DEFENDANT #2 CRAIG HANKS. I AM FILING A LAWSUIT AGAINST THE SUPERINTENDANT CRAIG HANKS BECAUSE I COMPLAINED TO HIM ON NUMEROUS OCCASSIONS I WAS IN A FREEZING CELL AND IN GREAT PAIN DO TO THE COLD CONDITIONS AND HE REFUSED ALL 6 COMPLAINTS I SENT HIM TO RESPOND BACK. HE HAVE THE AUTHORITY TO HAVE INMATES TRANSFERED OUT OF THIS FACILITY IF HIS MEDICAL STAFF DONT GIVE INMATES WITH CERTAIN MEDICAL CONDITIONS PROPER HEL

## VI. RELIEF

State exactly what relief or action you are requesting through this lawsuit.

I HAVE A BONE DISEASE THAT REQUIRE ME TO GO OUT TO WISHARD HOSPITAL FOR FOLLOW UPS TO SEE MY DOCTOR. AND MY BONE DISEASE ALSO REQUIRE ME TO WHERE LEG BRACES AND ORTHEPEDIC SHOES. I WAS GIVING ORTHEPEDIC SHOES AT THE INDIANA STATE PRISON IN 2000 THE DR. AT WABASH VALLEY-CORR-FACILTY SAID THEY DONT GIVE INMATES ORTHEPEDIC SHOES. I AM ASKING THE JUDGE TO PLEASE EVALUATE THIS SITUATION AND HAVE ME TRANSFERED TO ANOTHER LOCK-UP UNIT THAT HELP PEOPLE'S SERIOUS MEDICAL CONDITIONS LIKE MINE.

## AFFIRMATION OF PLAINTIFF

I, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in the complaint and that I believe them to be, to the best of my personal knowledge, true and correct.

Signed this 11TH day of FEBUARY, 2003.

Gary Stock
(Signature of Plaintiff)